RALPH W. NEWELL, Respondent, *v.* ANNIE M. NEWELL et al., Appellants.

*Newell* v. *Newell*, 123 App. Div. 912, appeal dismissed.
(Argued September 23, 1908; decided October 6, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1908, which affirmed an interlocutory judgment of Special Term setting aside a will and deed and directing a sale of certain real property.

The motion was made upon the grounds that the order appealed from does not finally determine the action, but is

interlocutory only, and, therefore, not appealable, permission to appeal not having been obtained.

*William S. Stearns* for motion.

*Robert J. Cooper* opposed.

Motion granted and appeal dismissed, without costs.